HUDSON COUNTY NEWS CO., INC., *v.* SILLS, ATTORNEY GENERAL OF NEW JERSEY, ET AL.

No. 1037.  Decided June 22, 1964.

*Julius Kass* for appellant.

*Arthur J. Sills,* Attorney General of New Jersey, *Evan William Jahos,* Assistant Attorney General, and *John W. Hayden, Jr.,* Deputy Attorney General, for appellees.

*Morris B. Abram* for Council for Periodical Distributors Associations, Inc., as *amicus curiae,* in support of appellant.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.